# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2557
_____

ROBERT MICHAEL THOMPSON JR,

    Petitioner,

    v.

ARTHUR GLEN TEDTAOTAO
CASTRO, an individual, and ALL
LINES EXPRESS INC., a Florida
Profit Corporation,

    Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

October 23, 2019

PER CURIAM.

    DENIED.

WOLF, ROBERTS, and ROWE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Nicolas B. Iannucci and M. Bradford Stackhouse, Jacksonville, for Petitioner.

Michelle E. Hardin, Samantha S. Loveland and Kevin M. Davis of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, Jacksonville, for Respondents.